UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **CYNTHIA MICHELLE WATSON,** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **ANDREW M. SAUL,** § <br> **Commissioner of the** § <br> **Social Security Administration,** § <br> Defendant, § | **Civil Action No. 4:19-cv-00177-DAS** |

## ORDER

On this date came for consideration Defendant's Motion to Remand pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) filed by the Commissioner of Social Security, Defendant herein, and the Court being advised in the premises is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

THIS, the 27th day of May, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
United States Magistrate Judge